## HEIDERER v. THE PEOPLE.

APPEAL *from justice of the peace — by prosecuting witness in criminal case.*
Where, in a criminal prosecution before a justice of the peace, judgment
is given against the complaining witness for costs, pursuant to R. S. 414,
§ 80, no appeal lies from such judgment.

*Error to Probate Court, Arapahoe County.*

THE facts are stated in the opinion.

Mr. M. R. LEVERSON, for plaintiff in error.

Mr. C. S. EYSTER, district attorney, and Mr. C. S.
THOMAS, *contra.*

STONE, J. The plaintiff in error, on the 30th day of
October, 1874, entered a complaint before Daniel Sayer, a
justice of the peace in Arapahoe county, charging one
Charles Ulmer with the offense of *petit larceny.* A trial
was had before said justice, and the accused was found not
guilty, and the defendant was discharged, and the costs of
suit taxed against the plaintiff in error, who was the com-
plaining witness. Heiderer appealed to the probate court,
and that court dismissed the appeal.

The statute clearly gives the right to the justice trying
the cause, to give judgment against the complaining wit-
ness for the costs, when it appears to him there was no
reasonable ground for the prosecution, and that it was
maliciously entered. R. S. 414, § 80. The right of appeal
from an inferior to a superior tribunal only exists when
it is expressly given by statute. *Edwards* v. *Vandercook,*
13 Ill. 633.

We have not been referred to any statute giving the right
of appeal in a cause like the one made in this record. We
know of none.

The appeal was properly dismissed by the probate court.
The judgment of the probate court is affirmed with costs.

*Affirmed.*